# EXHIBIT 5

Case 3:07-cv-02487-MEJ     Document 1-6     Filed 05/09/2007     Page 1 of 7

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

HANOVER CAPITAL PARTNERS, LTD.
POST OFFICE BOX 3980
EDISON, NJ 08818-3980

WHEN RECORDED MAIL TO:

HANOVER CAPITAL PARTNERS, LTD.
POST OFFICE BOX 3980
EDISON, NJ 08818-3980



200401...   01/13/2004 11:19 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:        29.00

3   PGS

THIS SPACE FOR RECORDER'S USE ONLY

ASSIGNMENT OF DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

TITLE OF DOCUMENT

321-0670-000

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Govt. Code 27361.6)
(Additional recording fee applies)

275-214
(Rev. 8/94)

EXHIBIT 5

321-0670-000

## ASSIGNMENT OF DEED OF TRUST, ASSIGNMENT OF LEASES AND RENTS, SECURITY AGREEMENT AND FIXTURE FILING

KNOW ALL MEN BY THESE PRESENTS, that the undersigned, UBS WARBURG REAL ESTATE INVESTMENTS INC., a Delaware corporation ("Assignor"), the address of which is 1285 Avenue of the Americas, 11th Floor, New York, New York, 10019, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, has sold, assigned and transferred, and does hereby sell, assign and transfer, without recourse, to \_\_\_\_\_\*\_\_\_\_\_, a NATIONAL ASSOCIATION ("Assignee"), the address of which is 135 SOUTH LASALLE STREET, SUITE 1625, CHICAGO, IL 60603, all of Assignor's right, title and interest, as "Beneficiary" (as defined in the Deed of Trust, and including all rights as the Beneficiary), in, to and under that certain Deed of Trust, Assignment of Leases and Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated as of the 12th day November, 2002, and made by 519 HCT 2002 LLC, a California limited liability company, as "Trustor", to Chicago Title Insurance Company, with an address of One Kaiser Plaza, Suite 745, Oakland, CA 94612, as "Trustee"; and recorded November 13, 2002 in the Official Records of Alameda County, State of California as Instrument No. 2002519610, together with the Note to which that Deed of Trust is collateral and security.

Dated as of the 13th day of DECEMBER, 2002.

ASSIGNOR:

UBS WARBURG REAL ESTATE
INVESTMENTS INC., a Delaware corporation

By: _____
Name: PETER SMITH
Title: EXECUTIVE DIRECTOR

By: _____
Name: BRAD COHEN
Title: DIRECTOR

\* LaSalle Bank National Association, as trustee for the registered holders of LB-UBS Commercial Mortgage Trust 2003-C1, Commercial Mortgage Pass-Through Certificates, Series 2003-C1

STATE OF _New York_ )
                    ) SS:
COUNTY OF _New York_ )

On _Dec 13, 2002_, before me, a Notary Public in and for said state, personally appeared _Peter Smith_, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_/s/ Sarah S. Gochberg_

SARAH S. GOCHBERG
Notary Public, State of New York
No. 01GO6059332
Qualified in New York County
Commission Expires May 29, 20_03_


STATE OF _New York_ )
                    ) SS:
COUNTY OF _New York_ )

On _Dec 13, 2002_, before me, a Notary Public in and for said state, personally appeared _Brad Cohen_, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_/s/ Sarah S. Gochberg_

SARAH S. GOCHBERG
Notary Public, State of New York
No. 01GO6059332
Qualified in New York County
Commission Expires May 29, 20_3_

Sarah S Gochberg
State of New York
No. 01G06059332
Comm. Exp. 05/29/03

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

HANOVER CAPITAL PARTNERS, LTD.
POST OFFICE BOX 3980
EDISON, NJ 08818-3980

WHEN RECORDED MAIL TO:

HANOVER CAPITAL PARTNERS, LTD.
POST OFFICE BOX 3980
EDISON, NJ 08818-3980



2004015194  01/13/2004 11:19 AM
OFFICIAL RECORDS OF ALAMEDA COUNTY
PATRICK O'CONNELL
RECORDING FEE:     13.00

3 PGS
PCOR 20.00

THIS SPACE FOR RECORDER'S USE ONLY

ASSIGNMENT OF
ASSIGNMENT OF LEASES & RENTS
TITLE OF DOCUMENT

THIS DOCUMENTS IS BEING RE-RECORDED TO CLARIFY THE LEGIBILITY OF THE ASSIGNEE

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Govt. Code 27361.6)
(Additional recording fee applies)

## ASSIGNMENT OF
## ASSIGNMENT OF LEASES AND RENTS   321-0670-000

KNOW ALL MEN BY THESE PRESENTS, that the undersigned UBS WARBURG REAL ESTATE INVESTMENTS INC., a Delaware corporation ("Assignor"), the address of which is 1285 Avenue of the Americas, 11th Floor, New York, New York, 10019, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, has sold, assigned and transferred, and does hereby sell, assign and transfer, without recourse, to _____*_____, a NATIONAL ASSOCIATION ("Assignee"), the address of which is 135 SOUTH LASALLE STREET, SUITE 1625 CHICAGO, IL 60603_____, all of Assignor's right, title and interest, as "Assignee" (as defined in the Lease Assignment (as hereinafter defined)), in, to and under that certain Assignment of Leases and Rents (the "Lease Assignment"), dated as of the 12th day of November, 2002, and made to Assignor by 519 HCT 2002 LLC; a California limited liability company, and recorded on November 13, 2002 in the Official Records of Alameda County, State of California, as Instrument No. 2002519611.

Dated as of the 13th day of DECEMBER, 2002.

ASSIGNOR:

UBS WARBURG REAL ESTATE
INVESTMENTS INC., a Delaware corporation

By: _____
   Name:
   Title:  Peter A. Smith
           Executive Director

By: _____
   Name:
   Title:  Brad A. Cohen
           Director

* LaSalle Bank National Association, as trustee
  for the registered holders of LB-UBS
  Commercial Mortgage Trust 2003-C1,
  Commercial Mortgage Pass-Through
  Certificates, Series 2003-C1

STATE OF _New York_ )
                    ) SS:
COUNTY OF _New York_ )

On _Dec. 13, 2002_, before me, a Notary Public, in and for said state, personally appeared _Peter A. Smith_, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_/s/ Sarah S. Gochberg_    (SEAL)

SARAH S. GOCHBERG
Notary Public, State of New York
No. 01GO6059332
Qualified in New York County
Commission Expires May 29, 20_03_

STATE OF _New York_ )
                    ) SS:
COUNTY OF _New York_ )

On _Dec. 13, 2002_, before me, a Notary Public in and for said state, personally appeared _Brad A. Cohen_, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_/s/ Sarah S. Gochberg_    (SEAL)

SARAH S. GOCHBERG
Notary Public, State of New York
No. 01GO6059332
Qualified in New York County
Commission Expires May 29, 20_03_

Sarah S Gochberg
State of New York
No. 01G06059332
Comm. Exp. 05/29/03

10658877_1.DOC          2