JEFFER, MANGELS, BUTLER & MARMARO LLP
ROBERT B. KAPLAN (Bar No. 76950), rbk@jmbm.com
MATTHEW S. KENEFICK (Bar No. 227298), mkenefick@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone:    (415) 398-8080
Facsimile:     (415) 398-5584

Attorneys for Plaintiff CWCapital Asset Management LLC, in its capacity as special servicer on behalf of LaSalle Bank National Association, as trustee for the registered holders of the LB-UBS Commercial Mortgage Trust 2003-C1, Commercial Mortgage Pass-Through Certificates, Series 2003-C1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CWCAPITAL ASSET MANAGEMENT LLC, in its capacity as special servicer on behalf of LASALLE BANK NATIONAL ASSOCIATION, as trustee for the registered holders of the LB-UBS COMMERCIAL MORTGAGE TRUST 2003-C1, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-C1,<br><br>Plaintiff,<br><br>v.<br><br>JAMES I. HUNTER, aka JAMES HUNTER, aka J. I. HUNTER, aka J. HUNTER; GIJSBERT VAN MAREN, aka G. V. MAREN; and JOHN MACKAY, aka J. MACKAY,<br><br>Defendant. | CASE NO.   C-07-2487MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**FRCP 41(a)(1)** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:  Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1), Plaintiff CWCapital Asset Management LLC, in its capacity as special servicer on behalf of LaSalle Bank National Association, as trustee for the registered holders of the LB-UBS Commercial Mortgage Trust 2003-C1, Commercial Mortgage Pass-Through Certificates, Series 2003-C1 hereby voluntarily dismisses the above-referenced action with prejudice.

1  DATED: June 1, 2007                    JEFFER, MANGELS, BUTLER & MARMARO LLP
                                          ROBERT B. KAPLAN
2                                         MATTHEW S. KENEFICK

3

4                                         By:    /S/ Robert B. Kaplan
                                                 ROBERT B. KAPLAN
5                                         Attorneys for Plaintiff CWCapital Asset Management
                                          LLC, in its capacity as special servicer on behalf of
6                                         LaSalle Bank National Association, as trustee for the
                                          registered holders of the LB-UBS Commercial
7                                         Mortgage Trust 2003-C1, Commercial Mortgage Pass-
                                          Through Certificates, Series 2003-C1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28